UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MILLIE OGDEN,

        Plaintiff,                      Case No. 1:09-mc-98

v.                                          HON. JANET T. NEFF

FORTRESS GROUP USA et al.,

        Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation (Dkt 190) filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 20, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Judgment Creditor's Motion to Direct Merrill Lynch to Disburse Judgment Debtor's Property (Dkt 185) is **GRANTED** and the proceeds of the two Merrill Lynch accounts that are the subject of the aforementioned interpleader action be surrendered to Plaintiff Millie Ogden.


Dated: July 12, 2011                                      /s/Janet T. Neff
                                                                  JANET T. NEFF
                                                                  UNITED STATES DISTRICT JUDGE